**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Carlson Well Service, Inc., | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **TO EXTEND TIME TO RESPOND** |
| | ) | **TO COMPLAINT** |
| vs. | ) | |
| | ) | Case No. 4:12-cv-168 |
| Oasis Petroleum North America LLC and | ) | |
| Mitchell's Oilfield Service, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is an "Amended Stipulation to Extend Time to Respond to Complaint" filed February 13, 2013. The court **ADOPTS** the stipulation (Docket No. 8) and **ORDERS** that Defendant Oasis Petroleum North America LLC shall have until June 12, 2013, to file an answer or otherwise respond to plaintiff's complaint.

Dated this 14th day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court