# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Carlson Well Service, Inc., | ) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **TO EXTEND TIME TO RESPOND** |
| vs. | ) **TO COMPLAINT** |
| | ) |
| | ) Case No. 4:12-cv-168 |
| Oasis Petroleum North America LLC and | ) |
| Mitchell's Oilfield Service, Inc., | ) |
| Defendants. | ) |

Before the court is an "Amended Stipulation to Extend Time to Respond to Complaint" filed February 13, 2013. The court **ADOPTS** the stipulation (Docket No. 8) and **ORDERS** that Defendant Oasis Petroleum North America LLC shall have until June 12, 2013, to file an answer or otherwise respond to plaintiff's complaint.

Dated this 14th day of February, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court